# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 28, 2019

SEAN F. McAVOY, CLERK

JASMINE MCGILVRA,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| ABBOTT & ROSE ASSOCIATES, LLC, | ) |
| *Defendant* | ) |

Civil Action No.  1:19-cv-00106-SAB

## DEFAULT JUDGMENT

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Default Judgment, ECF No. 6, is GRANTED.
Plaintiff is awarded judgment against the Defendant in the total amount of $4,805.00, which amount consists of the following:
-$1,000 in statutory damages;
-$3,290 in attorney's fees; and
-$515 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian _____ on a motion for default judgment.

Date:  October 28, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel